Certiorari dismissed, November 15, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6312

CHRISTOPHER A. ODOM,

Plaintiff - Appellant

v.

MT. PLEASANT POLICE DEPARTMENT INSURANCE POLICY HOLDER;
TOWN OF MT. PLEASANT INSURANCE POLICY HOLDER; WAL-MART
INSURANCE POLICY HOLDER; CHARLESTON COUNTY JAIL INSURANCE
POLICY HOLDER; STATE OF SOUTH CAROLINA INSURANCE POLICY
HOLDER; STATE OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
INSURANCE POLICY HOLDER; DEPARTMENT OF CORRECTIONS OF SOUTH
CAROLINA MEDICAL INSURANCE POLICY HOLDER; STATE OF SOUTH
CAROLINA BAR ASSOCIATION INSURANCE POLICY HOLDER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, Senior
District Judge.  (3:09-cv-01941-PMD)

Submitted:  July 22, 2010          Decided:  August 2, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher A. Odom, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Odom v. Mt. Pleasant Police Dep't</u>, No. 3:09-cv-01941-PMD (D.S.C. Jan. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>